# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT EUGENE WELLMAN, JR.,**<br><br>Defendant. | CR 16-53-GF-BMM<br><br>**ORDER TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 23) under Federal Rule of Criminal Procedure 48(a), and good cause being shown, IT IS HEREBY ORDERED that the Indictment in this case is **DISMISSED** without prejudice.

DATED this 30th day of November, 2016.

_____
Brian Morris
United States District Court Judge

1